1  **William N. Kammer (CA Bar # 53848)**
   (wkammer@swsslaw.com)
2  **SOLOMON WARD SEIDENWURM & SMITH, LLP**
3  401 B Street Ste. 1200
   San Diego, CA 92101-4295
4  Telephone: (619) 238-4809

5
6  Attorney for Defendant,
   Allianz Global Investors U.S. LLC
7  (*Additional Counsel on Signature Page*)

8

9

10              **UNITED STATES DISTRICT COURT**

11            **SOUTHERN DISTRICT OF CALIFORNIA**

12
   EMILY E. COLE, on behalf of          ) Case No. 22-CV-00747-GPC-WVG
13 herself and all others similarly     )
   situated,                            )
14                                       ) STIPULATION AND JOINT
                    Plaintiff,           ) MOTION FOR DISMISSAL
15                                       ) WITHOUT PREJUDICE
          v.                             )
16                                       ) Judge:    Honorable Gonzalo P. Curiel
   ALLIANZ GLOBAL INVESTORS             )
17 U.S. LLC; VIRTUS STRATEGY           )
   TRUST f/k/a ALLIANZ FUNDS           )
18 MULTI-STRATEGY TRUST;               )
   DONALD C. BURKE; SARAH E.           )
19 COGAN; DEBORAH A.                    )
   DECOTIS; F. FORD                     )
20 DRUMMOND; SIDNEY E.                  )
   HARRIS; JOHN R. MALLIN;             )
21 CONNIE D. MCDANIEL; PHILIP          )
   MCLOUGHLIN; GERALDINE M.            )
22 MCNAMARA; R. KEITH                   )
   WALTON; BRIAN T. ZINO; AND          )
23 GEORGE R. AYLWARD,                   )
                                        )
24                  Defendants.         )
   _____)
25

26

27

28

Pursuant to Civil Local Rule 7.2 and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Emily E. Cole ("Plaintiff") and defendants Allianz Global Investors U.S. LLC ("AllianzGI US"), Virtus Strategy Trust f/k/a Allianz Funds Multi-Strategy Trust, Donald C. Burke, Sarah E. Cogan, Deborah A. DeCotis, F. Ford Drummond, Sidney E. Harris, John R. Mallin, Connie D. McDaniel, Philip McLoughlin, Geraldine M. McNamara, R. Keith Walton, Brian T. Zino, and George R. Aylward (collectively, "Virtus Trust Defendants" and, together with AllianzGI US, "Defendants"), by and through their respective undersigned counsel, submit the following stipulation and joint motion and, subject to this Court's approval and to the reservation of rights contained below, agree and stipulate as follows:

WHEREAS, on May 24, 2022, Plaintiff filed her Complaint (ECF No. 1, "Complaint") in the above-captioned action ("Action") and the Clerk of the Court issued summonses directed to Defendants (ECF No. 2, each a "Summons");

WHEREAS, on June 10, 2022, AllianzGI US was served with the Summons and Complaint, and on June 14, 2022, Plaintiff filed proof of service of the Summons (ECF No. 5);

/ / /

/ / /

/ / /

-2-

WHEREAS, on May 26, 2022, the Virtus Trust Defendants were served with Summonses and the Complaint, and on June 14, 2022, Plaintiff filed proofs of service of the Summonses (ECF Nos. 6-18);

WHEREAS, on July 5, 2022, Plaintiff and Defendants jointly moved for approval of a stipulation extending Defendants' time to respond to the Complaint (ECF No. 34);

WHEREAS, on July 12, 2022, the Court issued its Order Granting Joint Motion for Approval of Stipulation and Order to Extend Time to Respond to the Complaint (ECF No. 35); and

WHEREAS, Plaintiff now seeks to dismiss the Action without prejudice.

WHEREFORE, pursuant to the agreement of the parties, the parties respectfully request that the Court enter an order dismissing the Action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree to each bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

-3-

Dated:     July 19, 2022

ARIAS SANGUINETTI WANG &
TORRIJOS, LLP

_____/s/_____

Elise R. Sanguinetti (CA Bar #191389)
(elise@aswtlawyers.com)
Robert M. Partain (CA Bar #221477)
(robert@aswtlawyers.com)
ARIAS SANGUINETTI WANG &
TORRIJOS, LLP
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (213) 468-0645

David S. Golub (CT Bar #023810)
(dgolub@sgtlaw.com)
Steven L. Bloch (NY Bar #2510162)
(sbloch@sgtlaw.com)
Ian W. Sloss (NY Bar #5069414)
(isloss@sgtlaw.com)
*Pro hac vice applications pending*
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491

Jordan Goldstein (NY Bar #4154316)
(jgoldstein@selendygay.com)
Mitchell Nobel (NY Bar #5552831)
(mnobel@selendygay.com)
Samuel J. Kwak (NY Bar #5658893)
(skwak@selendygay.com)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas, 17th Floor
New York, NY 10104
Telephone: (212) 390-9000

*Counsel for Plaintiff Emily E. Cole*

SOLOMON WARD
SEIDENWURM & SMITH, LLP

_____/s/_____

William N. Kammer (CA Bar
#53848) (wkammer@swsslaw.com)
SOLOMON WARD
SEIDENWURM & SMITH, LLP
401 B Street, Ste. 1200
San Diego, CA 92101

Robert J. Giuffra, Jr. (NY Bar
#2309177)
(giuffrar@sullcrom.com)
Stephanie G. Wheeler (NY Bar
#2609477)
(wheelers@sullcrom.com)
Ann-Elizabeth Ostrager (NY Bar
#4903233)
(ostragerae@sullcrom.com)
Hilary M. Williams (NY Bar
#2918522)
(williamsh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

*Counsel for Defendant Allianz
Global Investors U.S. LLC*

-4-

JOINT MOTION FOR VOLUNTARY DISMISSAL
CASE NO. 22-CV-00747

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Anna Lea Setz (NY Bar #5669429)
(asetz@sullivananlaw.com)
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000

Laura Steinberg (MA Bar #478440)
(lsteinberg@sullivanlaw.com)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 338-2800

*Counsel for Defendants Virtus Strategy Trust f/k/a Allianz Funds Multi-Strategy Trust, Donald C. Burke, Sarah E. Cogan, Deborah A. DeCotis, F. Ford Drummond, Sidney E. Harris, John R. Mallin, Connie D. McDaniel, Philip McLoughlin, Geraldine M. McNamara, R. Keith Walton, Brian T. Zino, and George R. Aylward*

-5-

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Elise R. Sanguinetti, counsel for Emily E. Cole, and Anna Lea Setz and Laura Steinberg, counsel for Virtus Strategy Trust f/k/a Allianz Funds Multi-Strategy Trust, Donald C. Burke, Sarah E. Cogan, Deborah A. DeCotis, F. Ford Drummond, Sidney E. Harris, John R. Mallin, Connie D. McDaniel, Philip McLoughlin, Geraldine M. McNamara, R. Keith Walton, Brian T. Zino, and George R. Aylward, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: July 19, 2022

SOLOMON WARD SEIDENWURM & SMITH, LLP

/s/
_____
William N. Kammer (CA Bar #53848)
(wkammer@swsslaw.com)

*Counsel for Defendant Allianz Global Investors U.S. LLC*

-6-

JOINT MOTION FOR VOLUNTARY DISMISSAL
CASE NO. 22-CV-00747