# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY E. COLE, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC; VIRTUS STRATEGY TRUST f/k/a ALLIANZ FUNDS MULTI-STRATEGY TRUST; DONALD C. BURKE; SARAH E. COGAN; DEBORAH A. DECOTIS; F. FORD DRUMMOND; SIDNEY E. HARRIS; JOHN R. MALLIN; CONNIE D. MCDANIEL; PHILIP MCLOUGHLIN; GERALDINE M. MCNAMARA; R. KEITH WALTON; BRIAN T. ZINO; AND GEORGE R. AYLWARD,<br><br>　　　　　　Defendants. | Case No. 22-CV-00747-GPC-WVG<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE<br><br>Judge:　Honorable Gonzalo P. Curiel |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

Having considered the Parties' Joint Motion for Dismissal Without Prejudice (ECF No. 36), the Joint Motion for Dismissal Without Prejudice is granted. The entire action is dismissed without prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear his, her, or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 20, 2022

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge